UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **RICHARD A. LARSEN, III,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) 1:21-cv-00096-JDL ) |
| **JUDGE NELSON, et al.,** | ) ) |
| **Defendants.** | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On April 5, 2021, Plaintiff Richard A. Larsen, III, who is self-represented, filed a Complaint asserting claims against three state court judges based on their decisions in one or more state court proceedings (ECF No. 1). Larsen later filed an application to proceed in forma pauperis (ECF No. 17), which the Court granted (ECF No. 19). In accordance with 28 U.S.C.A. § 1915(e)(2) (West 2021), United States Magistrate Judge John C. Nivison conducted a preliminary review of Larsen's Complaint.

Pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b), Judge Nivison filed his Recommended Decision recommending that Larsen's Complaint be dismissed on July 1, 2021 (ECF No. 21). Larsen filed a response on August 9, 2021 (ECF No. 25). In his response, Larsen states that he "do[es] not object to the dismissal of this case." *Id.* at 1.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by

1

the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 21) of the Magistrate Judge is hereby **ACCEPTED** and Larsen's Complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

**Dated this 18th day of August, 2021.**

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**